UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:10-00012 |
| | ) | JUDGE CAMPBELL |
| KENNETH H. SMITH | ) | |

## ORDER

The Court is in receipt of a Notice (Docket No. 47) filed by the Government. Based on the Notice, the hearing scheduled for June 13, 2014, is RESCHEDULED for July 23, 2014, at 12:00 p.m. The parties shall file a notice with the Court in the event the hearing is unnecessary.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE